UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

JOHN MEADOR,

                             Plaintiff,               **ECF CASE**

        -against-                        Docket No. 08-CV-5214(RMB)(THK)

                                        **NOTICE OF APPEARANCE**

MAYOR MICHAEL BLOOMBERG, et al.,

                           Defendants.

-------------------------------------------------------------X

     **PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for

defendants Mayor Michael Bloomberg, City of New York, the New York City Police

Department and Police Commissioner Raymond Kelly and requests that all future papers in this

action be served upon the undersigned at the address designated below.

Dated: New York, New York
       June 26, 2008

                                 MICHAEL A. CARDOZO
                                 Corporation Counsel of
                                 the City of New York
                                 Attorney for defendants
                                 Mayor Michael Bloomberg, City of New
                                 York, the New York City Police Department
                                 and Police Commissioner Raymond Kelly
                                 100 Church Street
                                 New York, New York 10007
                                 (212) 442-0832
                                 (212) 788-9776 (fax)

                              By:  s/ Hugh A. Zuber             .
                                   Hugh A. Zuber (HZ 4935)
                                 Assistant Corporation Counsel
                               Special Federal Litigation Division