USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/29/2008

RECEIVED
AUG 29 2008
CHAMBERS OF
RICHARD M. BERMAN
U.S.D.J.



MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

HUGH A. ZUBER
Assistant Corporation Counsel
phone: 212-442-0832
fax: 212-788-9776
email: hzuber@law.nyc.gov

August 28, 2008

BY HAND
Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street, Room 650
New York, NY 10007

**MEMO ENDORSED**
p. 2

    Re: *John Meador v. Mayor Michael Bloomberg, et al.*, 08-CV-5214(RMB)(THK)

Your Honor:

    I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department handling the defense of this action on behalf of defendants Mayor Michael Bloomberg, Raymond Kelly, the City of New York and the New York City Police Department. I write with the consent of plaintiff's counsel, Richard St. Paul, Esq., to respectfully request an adjournment of the initial conference presently scheduled for September 2, 2008, at 10:00 a.m., until a date and time after September 8, 2008, that is convenient for the Court. This is the second request for an adjournment of the conference.

    By letter dated June 25, 2008, the Court scheduled an initial conference in this matter for July 29, 2008. On June 30, 2008, defendants requested and were granted an extension of its time to respond to the complaint and an adjournment of the initial conference until September 2, 2008.

    An adjournment is necessary because plaintiff's counsel, Richard St. Paul, Esq., had previously scheduled a vacation for the week of September 2, 2008. In light of the foregoing, both parties respectfully request an adjournment of the initial conference presently scheduled for September 2, 2008, at 10:00 a.m., until a date and time after September 8, 2008, that is convenient for the Court.

2

Thank you for your consideration of this matter.

Respectfully submitted,

Hugh A. Zuber (HZ 4935)
Assistant Corporation Counsel

> Application granted. Conference adjourned to 9/10/08 at 9:00 a.m.
>
> SO ORDERED:
> Date: 8/29/08
> Richard M. Berman, U.S.D.J.

2