UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOHN MEADOR,
                        Plaintiff(s),                        08 Civ. 5214

      -against-                                **ORDER**

MAYOR MICHAEL BLOOMBERG et al.,
                        Defendant(s),
------------------------------------------------------------X



**Richard M. Berman, U.S.D.J.:**

      Plaintiff and his Counsel, having appeared in Court on March 30, 2009 for a settlement conference, and Counsel for Defendants not having appeared nor advised the Court of a reason for nonappearance, it is hereby

      **ORDERED**, that unless Counsel for Defendants files on or before April 20, 2009 a written submission showing good cause why a default judgment as to liability should not be entered against the Defendants, such judgment will be entered on April 20, 2009, it is hereby further

      **ORDERED**, that a settlement conference with principals shall be held on April 28, 2009 at 9:30 a.m.. The parties are directed to engage in good faith settlement negotiations prior to the conference.

Dated: New York, New York
          March 30, 2009

                                                        _____
                                                        **Richard M. Berman, U.S.D.J.**